**SHELTON v. STATE.**

No. 25523.

Court of Criminal Appeals of Texas.

Nov. 28, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of robbery, and upon his trial before the court, he was assessed a penalty of 15 years in the state penitentiary.

The evidence fully sustains the conviction. No complaints of any matters of procedure have been brought forward by bills of exception.

The judgment is affirmed.